IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Amy Davis,<br><br>            Plaintiff,<br><br>v.<br><br>Discover Financial Services; and DOES 1-10, inclusive,<br><br>           Defendants. | Civil Action No.: 1:15-cv-6341<br><br>**COMPLAINT** |

For this Complaint, Plaintiff, Amy Davis, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et. seq.* (the "TCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that the Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Amy Davis ("Plaintiff"), is an adult individual residing in Lorton, Virginia, and is a "person" as defined by 47 U.S.C. § 153(39).

4. Defendant, Discover Financial Services ("Discover"), is a Delaware corporation headquartered at 2500 Lake Cook Road, Riverwoods, Illinois 60015, and is a "person" as defined by 47 U.S.C. § 153(39).

## FACTS

5. In 2012, Discover began contacting Plaintiff in an attempt to collect a consumer debt allegedly owed by Plaintiff (the "Debt").

6. At all times mentioned herein, Discover called Plaintiff's cellular telephone, number 210-xxx-6180, using an automated telephone dialer system ("ATDS") and an artificial or prerecorded voice.

7. When Plaintiff answered the calls, she heard a prerecorded message which stated Discover had an important message for her, and to press a button to speak to a live representative.

8. During numerous live conversations with Discover, Plaintiff requested that the automated calls to her cellular phone cease. On at least one occasion, a Discover representative named Stephanie confirmed that Discover would cease the automated calls.

9. On August 14, 2012, Plaintiff emailed Discover, informing it to contact her debt management company CareOne regarding the Debt, and to cease the automated calls to her cellular phone.

10. Despite Plaintiff's numerous requests, Discover made hundreds more automated calls to Plaintiff's cellular phone.

## COUNT I
## VIOLATIONS OF THE TCPA –47 U.S.C. § 227, et seq.

11. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

12. Defendant contacted Plaintiff by means of an ATDS and prerecorded messages at a cellular telephone without her prior express consent, in violation of 47 U.S.C. § 227(b)(1)(A)(iii).

13. The telephone number called by Defendant was assigned to a cellular telephone service for which Plaintiff incurs charges for incoming calls pursuant to 47 U.S.C. § 227(b)(1).

14. The calls from Defendants to Plaintiff were not placed for "emergency purposes"

as defined by 47 U.S.C. § 227(b)(1)(A)(i).

15. Plaintiff is entitled to an award of $500.00 in statutory damages for each call made in violation of the TCPA pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Plaintiff is entitled to an award of treble damages in an amount up to $1,500.00 for each call made in knowing and/or willful violation of the TCPA, pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff respectfully prays that judgment be awarded in Plaintiff's favor and against Defendants as follows:

1. Statutory damages pursuant to 47 U.S.C. § 227(b)(3)(B) & (C);

2. Against the named Defendants, jointly and severally, awarding Plaintiff punitive damages in such amount as is found appropriate; and

3. Granting Plaintiff such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: July 21, 2015

Respectfully submitted,

By  /s/ Sergei Lemberg

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
Attorney for Plaintif

3