# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Amy Davis, | : |
| | : Civil Action No.: 1:15-cv-06341 |
| Plaintiff, | : |
| v. | : |
| Discover Financial Services, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed without prejudice as to all Defendants. Should Plaintiff not file a request to reinstate within sixty (60) days, said dismissal shall be with prejudice. The Court will retain jurisdiction to enforce the terms of the settlement agreement.

| Amy Davis | Discover Financial Services, Inc. |
|---|---|
| /s/ *Sergei Lemberg* | /s/ *Carrie A. Hall* |
| Sergei Lemberg, Esq. | Michael A. Stiegel, Esq. |
| LEMBERG LAW, LLC | Carrie A. Hall, Esq. |
| 43 Danbury Road | Christopher R. Parker, Esq. |
| Wilton, CT 06905 | MICHAEL BEST & FRIEDRICH LLP |
| *Attorneys for Plaintiff* | 180 North Stetson Avenue, Suite 2000 |
| | Chicago, IL 60601 |
| | *Attorneys for Defendants* |

SO ORDERED

## CERTIFICATE OF SERVICE

  I hereby certify that on April 13, 2016, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF), which sent notice to:

Michael A. Stiegel, Esq.
Carrie A. Hall, Esq.
Christopher R. Parker, Esq.
MICHAEL BEST & FRIEDRICH LLP
180 North Stetson Avenue, Suite 2000
Chicago, IL 60601
*Attorneys for Defendants*

                By /s/ *Sergei Lemberg*
                  Sergei Lemberg